In the Matter of JAMES J. MALLEN, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

Argued October 11, 1949; decided October 20, 1949.

*John P. McGrath, Corporation Counsel* (*Thomas W. A. Crowe* and *Seymour B. Quel* of counsel), for appellants.

*Leo Brown* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.